# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mark McAdams, | Civ. No. 15-1597 (PJS/KMM) |
| Plaintiff, | |
| v. | **ORDER** |
| David Hinrichsen, MCF-STW Finance Director, in his official and individual capacity, | |
| Defendant. | |

Mark McAdams, 243199, MCF-Stillwater, 970 Pickett St. N., Bayport, MN 55003, Plaintiff pro se.

Timothy S. Christensen, Esq., Minnesota Attorney General's Office, counsel for the defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated June 24, 2016.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 25) is **DENIED WITHOUT PREJUDICE**.

Date: 7/21/16

s/Patrick J. Schiltz<br>
Patrick J. Schiltz<br>
United States District Judge